UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH T., <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 25-cv-02755-JSC <br><br> **PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on June 4, 2025, the Court orders the following deadlines:

| | |
|---|---|
| Administrative Record Production: | July 11, 2025 |
| File Joint Letter Brief re: Administrative Record: | August 20, 2025 |
| File Joint Letter Brief re: Conflict of Interest Discovery: | August 20, 2025 |
| Plaintiff Expert Designation and Reports: | October 15, 2025 |
| Rebuttal Expert Reports: | November 19, 2025 |
| Fact Discovery Completion: | December 10, 2025 |
| Complete Expert Discovery: | January 21, 2026 |
| Plaintiff Rule 52 Opening Brief: | March 18, 2026 |
| Defendants' Opening/Responsive Rule 52 Brief: | April 10, 2026 |
| Plaintiff Opposition/Reply Rule 52 Brief: | May 4, 2026 |
| Defendants' Opposition/Reply Rule 52 Brief: | June 3, 2026 |
| Rule 52 Hearing: | June 25, 2026 at 10:00am |

All depositions must be noticed at least 30 days before the close of fact discovery. Any discovery-related letter briefs or motions are due one week after the close of fact discovery. The

same rules apply to expert discovery.  *See* N.D. Cal. Civ. L.R. 37-3.

The Court will hold a further case management conference on September 3, 2025 at 2:00 p.m. via Zoom video.  An updated joint case management conference statement will be due one week in advance.  The Court will be especially interested in the parties' chosen mode of ADR.

**IT IS SO ORDERED.**

Dated: June 5, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge