**Brian S. King, PC**
**Attorney at Law**

Brian S. King, Esq.

420 E. South Temple, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Toll Free: (866) 372-2322
Facsimile: (801) 532-1936
www.erisa-claims.com

November 7, 2025

District Judge Jacqueline Scott Corley
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
16th floor

> *Re:* ELIZABETH T., v. UNITED HEALTHCARE INSURANCE COMPANY *et al.*
> *Case No. 3:25-cv-2755-JSC*
> *Joint Brief Re: Prelitigation Appeal Record and Discovery on Conflicts*

Your Honor,

Plaintiff Elizabeth T., Defendants United Healthcare Insurance Company and United Behavioral Health (collectively "United"), and Defendant U.S. Roche Health and Welfare Benefits VEBA Plan (erroneously sued as "U.S. Roche Medical and Prescription Plan") (the "Plan"), pursuant to the Court's Order granting the Parties' Stipulated Motion to Continue Deadline for Briefs (ECF 60), provide this Joint Brief which addresses both the status of the prelitigation appeal record *aka* the Administrative Record (the "record"), and the parties positions on discovery related to conflicts of interest.

## The Prelitigation Appeal Record

PLAINTIFF'S POSTION:     It is Plaintiff's position that, after her review of the records as provided by United as Bates-numbered collection *UHG_ELIZABETHT 1 – 11036*, and as provided by the U.S. Roche Medical and Prescription Plan as Bates-numbered collection *Genentech 1 – 19841*, that, reviewed in total, represents a complete and accurate record, for the purposes of this action.

DEFENDANT UNITED'S POSITION: United agrees that Defendants produced the administrative record as within each of their respective possession, custody and control, as Plaintiff describes.

DEFENDANT U.S. ROCHE PLAN'S POSITION: The Plan believes that all of the documents relevant to the claim and appeals have been produced and that the administrative record is therefore complete.

**Discovery Related to Conflicts of Interest**

PLAINTIFF'S POSITION:    It is Plaintiff's position that no discovery related to conflicts of interest in this action are necessary.

DEFENDANT UNITED'S POSITION: United agrees that no conflict of interest discovery is necessary.

DEFENDANT U.S. ROCHE PLAN'S POSITION: The Plan agrees that no conflict of interest discovery is necessary.

Respectfully Submitted,

| | |
|---|---|
| */s/ Brian S. King* <br> Brian S. King, #4610 <br> (Admitted *pro hac vice*) <br> **BRIAN S. KING, P.C.** <br> 420 East South Temple, Suite 420 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 532-1739 <br> Facsimile: (801) 532-1936 <br> brian@briansking.com <br><br> David M. Lilienstein <br> **DL Law Group** <br> 345 Franklin St. <br> San Francisco, CA 94102 <br> david@dllawgroup.com <br> Tel: 415-678-5050 <br> Fax: 415-358-8484 <br><br> *Attorneys for Plaintiffs* | */s/ Taylor Marcusson* <br> Rebecca R. Hanson <br> REED SMITH <br> 10 S WACKER DR 40TH FL <br> CHICAGO, IL 60606 <br> 312-207-2428 <br> Email: rhanson@reedsmith.com <br><br> Taylor Marcusson <br> Reed Smith LLP <br> 10 S. Wacker Dr. <br> Ste 40th Floor <br> Chicago, IL 60606 <br> 847-997-6092 <br> Email: tmarcusson@reedsmith.com <br><br> *Attorneys for Defendant United Healthcare Insurance Company and United Behavioral Health* |
| */s/ Brian D. Murray* <br> Brian D. Murray <br> TRUCKER HUSS APC <br> 15760 VENTURA BLVD STE 910 <br> ENCINO, CA 91436 <br> 213-537-1016 <br> Email: bmurray@truckerhuss.com <br><br> Clarissa A. Kang <br> Trucker Huss, APC <br> 135 Main Street, 9th Floor <br> San Francisco, CA 94105-1815 <br> (415) 788-3111 | |

| Email: ckang@truckerhuss.com<br><br>*Attorneys for US Roche Health and Welfare Benefits VEBA Plan* | |

